**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0489-WJM-KLM

ARIELLE LAMOURE

     Plaintiff,

v.

LIBBEY GLASS, INC., a Delaware corporation

     Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal, filed July 23, 2015 (ECF No. 84). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 23rd day of July, 2015.

                                                BY THE COURT:

                                                _____
                                                William J. Martínez
                                                United States District Judge